

NUMBER 13-14-00461-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

ONE (1) 2009 CHEVROLET SILVERADO
PICKUP, VIN #3GCEC13C29G221052, ONE (1)
SMITH & WESSON SW40VE.40, SERIAL
#RBK8834 AND BRYCO ARMS CHROME
380 AUTO SERIAL #1222556,                                          Appellees.

On appeal from the 105th District Court
of Kleberg County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

This case is before the Court on appellant's unopposed motion to dispose of this

appeal by settlement agreement.   The parties have reached an agreement with regard

to the disposition of the matters currently on appeal.   Pursuant to agreement, the parties

request this Court to render judgment effectuating the parties' agreement which was signed and entered in the trial court on August 21, 2014. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The parties have complied with the requirements of Texas Rule of Appellate Procedure 42.1(a)(2)(A). Attached to the motion is a copy of the Agreed Final Judgment signed by the parties and the trial court. We RENDER judgment effectuating the parties' agreement signed and entered on August 21, 2014, incorporated herein, and DISMISSS the appeal. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* 42.1(d).

PER CURIAM

Delivered and filed the
11th day of September, 2014.